IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANAN H. BOWMAN AND JAMES R. HENCIER,<br>        Plaintiffs,<br><br>        v.<br><br>YOLO COUNTY, a public entity; YOLO COUNTY HOUSING AUTHORITY AND ITS BOARD OF COMMISSIONERS, a public entity; and DOES 1 through 100, inclusive,<br>        Defendants. | 2:08-cv-00498-GEB-EFB<br><br>ORDER<sup>*</sup> |

On August 26th, 2008, Defendant Yolo County Housing Authority filed a motion for judgment on the pleadings, asserting the recent California Supreme Court decision, <u>Miklosy v. Regents of University of California</u>, 44 Cal. 4th 876 (2008), bars Plaintiffs' second claim for wrongful termination in violation of public policy.

---

       <sup>*</sup>    This motion was determined to be suitable for decision without oral argument.  L.R. 78-230(h).

1

1 | Plaintiffs filed a non-opposition statement in which they appear to
2 | concede that <u>Miklosy</u> precludes this claim.  Accordingly, Defendant's
3 | motion for judgment on the pleadings is granted and Plaintiff's second
4 | claim for wrongful termination is dismissed.

Dated:  September 23, 2008

```
                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```

2